IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-CV-991

| | |
|---|---|
| JONATHAN BURRS,<br><br>    Plaintiff,<br><br>v.<br><br>SEYFARTH SHAW, LLP; CARRIER GLOBAL CORPORATION; WALTER KIDDIE PORTABLE EQUIPMENTS, INC.; CATHERINE C. EAGLES, Individually and as a U.S. District Court Judge for the Middle District of North Carolina; LAWRENCE P. AULD, Individually and as a U.S. District Court Magistrate Judge for the Middle District of North Carolina; and JOHN DOE,<br><br>    Defendants. | **JUDGMENT** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of Defendants' Motion to Dismiss [DE 17, 18] Plaintiff's Complaint.

**IT IS ORDERED, ADJUDGED, AND DECREED** in accordance with the Court's Order [DE 28] entered July 20, 2021, and for the reasons set forth more specifically therein, the Defendants' Motion to Dismiss is **GRANTED**, and Plaintiff's Complaint is **DISMISSED**.

This case is closed.

    This the 5th day of August, 2021.

                                                                                        John Brubaker, Clerk

The Judgment filed and entered on August 5, 2021 and served:
Jonathan Burrs (via US Mail to P.O. Box 134, Westover MD, 21871
AUSA Gill P. Beck (via CM/ECF Notice of Electronic Filing)